UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-41-F
No. 5:16-CV-61-F

| | | |
|---|---|---|
| CRAIG LEWIS SHAW, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner moves the court for relief pursuant to 28 U.S.C. § 2255. [DE 85]. On February 4, 2010, a grand jury returned a three-count indictment charging Petitioner with (1) felon in possession of firearms and ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924; (2) intent to distribute a quantity of marijuana, a quantity of oxycodone and a quantity of diazepam, in violation of 21 U.S.C. § 841(a)(1); and (3) possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A). On July 12, 2010, Petitioner pled guilty to count one pursuant to a written plea agreement. [DE 42]. On December 8, 2010, the court entered a judgment and sentenced Petitioner to a term of 33 months, a supervised release term of three years and a $100 special assessment. [DE 48].

On July 5, 2012, Petitioner was released from custody and began the term of supervised release. On February 7, 2014, the court issued a warrant for Petitioner's violation of supervised release. [DE 53]. On April 29, 2015, the court found Petitioner violated the terms and conditions of his judgment by incurring new criminal charges. [DE 76]. On September 3, 2014, Petitioner was indicted on the new charges in criminal case no. 5:14-CR-181-F. Petitioner's

instant motion relates to this later case.

Accordingly, the Clerk of Court is DIRECTED to terminate the motion [DE-85] in this matter and to file it in case no. 5:14-CR-181-F.

SO ORDERED.

This the 10 day of February, 2016.

*James C. Fox*

**JAMES C. FOX**
Senior United States Judge